# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

TRAMONT MANUFACTURING LLC,

    Plaintiff,                                             Case No. 20-cv-533

v.

ROCKY MOUNTAIN POWER GENERATION, INC.,

    Defendant.

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned, counsel of record for the Plaintiff, Tramont Manufacturing LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. This firm represents Tramont Manufacturing LLC in this action.

2. Tramont Manufacturing LLC does not have any parent companies, and there are no publicly-held companies that have a 10% or greater ownership interest in Tramont Manufacturing LLC.

3. The law firm of Strang, Patteson, Renning, Lewis & Lacy, s.c. will appear for Tramont Manufacturing LLC in this action.

Dated this 1st day of April, 2020.

                                                     STRANG, PATTESON, RENNING,
                                                     LEWIS & LACY, S.C., Attorneys for the
                                                     Plaintiff, Tramont Manufacturing LLC

                                                     By: __s/Jenna E. Rousseau_____
                                                            Jenna E. Rousseau, SBN 1065236

Direct Contact:

Jenna E. Rousseau
Strang, Patteson, Renning, Lewis & Lacy, s.c.
205 Doty Street, Suite 201
Green Bay, WI 54301

Ph. 844.833.0828
Fax 608.333.0828
E-mail: jrousseau@strangpatteson.com